# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(Convicted Montana Prisoners Only)

In the United States District Court for the District of Montana

__Great Falls__ Division
(Please see Instruction 6.)

| Name of Petitioner: Jay Donald Witkowski vs. | Name of Respondent (Warden or Supervising Officer): Pete Bludworth<br><br>and the Attorney General of the State of Montana: Austin Knudsen |
|---|---|
| **Prisoner No.:** 3002444 | **Place of Confinement:** Crossroads Correctional Shelby MT 59474 | **(Clerk Use Only):** |

*Instructions – Read Carefully*

1. Use this form if you challenge the fact or duration of your custody under the authority of the State of Montana. Even if you believe 28 U.S.C. § 2254 does not apply, please use this form and answer its questions.

2. Your petition must be legibly handwritten or typed. You must tell the truth and sign the form. You may be prosecuted for perjury and/or one or more claims may be dismissed if you falsely state a material fact. *Answer all the questions.* You are not necessarily required to answer "yes" to all questions in order to proceed.

3. Use additional pages if necessary to state grounds for relief and/or facts you rely on to support relief. No brief or authorities need be furnished. If you choose to file a brief, please file it with your petition, but make it a separate document.

4. The filing fee is $5.00. If you cannot afford it, you may move to proceed in forma pauperis. Even if the motion is granted, you must pre-pay for copies of documents you request from the Clerk.

5. You must set forth all grounds for relief you want the Judge to review and facts supporting your grounds for relief. You will likely be barred from presenting different grounds at a later date. Generally, you must exhaust available state court remedies as to each ground before you request action by the federal court. The one-year federal statute of limitations is tolled while you are challenging the judgment underlying this petition in *state* court, provided you comply with state procedural law and rules. *See* 28 U.S.C. § 2244(b), (d).

6. You are **not** required to serve this petition on the State. Mail the *original* petition to the Court with either the $5.00 filing fee or a motion to proceed in forma pauperis. Keep a copy for your files. If you challenge a decision of the Parole Board, file in the Helena Division. Otherwise, file where you were convicted:

<u>Billings Division</u>: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
U.S. District Court Clerk, 2601 2nd Ave. North, Suite 1200, Billings, MT 59101

<u>Butte Division</u>: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701

<u>Great Falls Division</u>: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404

<u>Helena Division</u>: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste. 2100, Helena, MT 59626

<u>Missoula Division</u>: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, Sanders*
U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807

## PETITION

1.  Name of the state district court that entered the judgment you challenge:


2.  Date written judgment was entered or, if unknown, sentencing date:

3. What were you convicted of, or on what grounds was your probation revoked?
Deliberate Homicide

4. What sentence was imposed? 70 yr + 10 yr. Weapon enhancement

5. What was your plea?

    (a) Not guilty           ☐
    (b) Guilty               ☒
    (c) Nolo contendere or *Alford*  ☐

    If you pleaded guilty or entered a nolo contendere or *Alford* plea on all counts, or if you entered such a plea on one or more counts and all other counts were dismissed, please go to Question Number 6. If you entered a guilty plea to one or more counts, and maintained a not guilty plea on another count, please state your plea on each count:

6. Did you appeal your conviction or sentence to the Montana Supreme Court?

    Yes ☒   →*Case Number and Date of Result:* DA-18-0621
    No  ☐                                     12/10/21   Affirmed & Remanded
    Evidence could not be used in appeal - was never part of District Court case file

7. Did you apply for relief to the Sentence Review Division?

    Yes ☐   →*Case Number and Date of Result:*
    No  ☒

8. Did you file a petition for certiorari in the United States Supreme Court?

    Yes ☐   →*Case Number and Date of Result:*
    No  ☒

9. Did you file in <u>state district court</u> a petition for postconviction relief?

    Yes ☒   →*Case Number and Date of Filing:* 12/20/21
    No  ☐
    Dismissed 5/20/22
    failure to state a claim

*Petitioner's Last Name* Witkowski

*Petition for Writ of Habeas Corpus*
*Page 3 of 8*

10. Did you appeal the denial of any postconviction petition?

   Yes ☒  →*Case Number and Date of Result:* 6/2/22   DA 22-0296
   No ☐
   Affirmed 7/13/23

11. If you did not appeal the denial of any postconviction petition, explain briefly why you did not:


12. Have you filed in the <u>Montana Supreme Court</u> a petition for writ of habeas corpus?

   Yes ☒  →*Case Number and Date of Result:* OP 23-0167   3/15/23
   No ☐
   Denied 3/28/23

13. State each ground on which you claim that you are being held unlawfully (*e.g.*, Ground One: Confrontation Clause violation). Briefly summarize the facts supporting each ground and answer the questions following:

A. Ground One: Ineffective Assistance of Counsel, Brady Violations excessive charge/conviction/sentencing, unlawful Charge/
   (i) Supporting Facts: Conviction by information Not by Indictment in Capital Case Invalid guilty Plea.

- See enclosed papers — I have also enclosed a USB Drive with the video from the train
I apologize to the Court if this is not in proper format. As I have learning disabilities, mental health disorders, and without the help of legal Counsel I am doing my best. I have enclosed USB Drive w/ train video

   (ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

   Yes ☒
   No ☐

   If Yes, what did the Montana Supreme Court decide? Check one or both:

   Dismissed issue on procedural grounds ☒
   Denied issue for lack of merit ☐

*Petitioner's Last Name* Witkowski

*Petition for Writ of Habeas Corpus*
*Page 4 of 8*

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

Yes ☒ → *Case Number and Date of Result:*
No ☐

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☒
Denied issue for lack of merit ☐

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☐
No ☒ did not know that was option

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:

B. Ground Two: Prosecutorial misconduct/Bias, judicial Bias unfair conduct.

(i) Supporting Facts:
- see enclosed papers -
repeatedly threatened/intimidated by Prosecution, if I didn't take deal would make sure I never got out of prison judge Laird repeatedly referred to my juvenile Record and told me to be careful what I said, I took as threat also allowed 2 prosecutors to attend hearing to replace my attorney

(ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

Yes ☒
No ☐

If Yes, what did the Montana Supreme Court decide? Check one or both:

      Dismissed issue on procedural grounds ☒
      Denied issue for lack of merit           ☐

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

Yes ☒ →*Case Number and Date of Result:* PCR DA-22-0296
No ☐
          7/13/23

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☒
Denied issue for lack of merit           ☐

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision?

Yes ☐
No ☒   did Not Know, without help of Attorney as someone w/ learning disabilities and mental health disorder,

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:
I could not adequately engage in this type of legal case.

*If you have additional grounds for relief, please attach extra pages.*
*Set forth five subparagraphs for each additional ground for relief*
*and answer questions (i) thru (v) above for each ground.*

14. Do you have an action or appeal now pending in any court, state or federal, regarding the judgment or decision you challenge in this Petition?

   Yes ☐ →*Case Number and Date of Filing:*
          *Name of Court:*
   No ☒

If Yes, what issues do you raise in that case?

15. Give the name of the attorney who represented you in the following stages:

    (a) At change of plea hearing or at trial (whichever is applicable): Clark Matthews, Terrance Toavs

    (b) At sentencing: Clark Matthews, Terrance Toavs

    (c) On appeal: ~~the~~ Deborah Smith

    (d) In any post-conviction proceeding in state district court: denied representation    Self-Represented ☒

    (e) On appeal from any adverse ruling in a post-conviction proceeding: denied representation    Self-Represented ☒

    (f) In any state habeas proceeding: denied representation    Self-Represented ☒

16. Petitioner asks the Court to grant the following relief: grant New trial, send case back to hearing to replace counsel, lessen charge to mitigated, or vehicular, negligent, As there was No Intent, purpose, malice or knowingly and/or any other relief to which Petitioner may be entitled.

_____
Signature of Petitioner's Attorney (if any)

**Petitioner's Declaration**

A. I am the Petitioner in this case. I understand the submission of a false statement or false answer to any question may subject me to penalties for perjury. I declare under penalty of perjury that I have read this Petition, and the information I have set forth is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

B. I will keep the Court informed of my current mailing address. I understand

that failure to do so may result in dismissal of my case without actual notice to me.

C. *Incarcerated Prisoners Only:* This Petition was deposited in the prison system for legal mail on:

the __11__ day of __December__, 20__23__.

_____
Petitioner's Signature

__12/11/23__
Date Signed