UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| JAY DONALD WITKOWSKI, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | CV 23-85-GF-DWM |
| vs. | |
| JIM SALMONSEN, et al., | |
| Respondents. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 7, 2025 (Doc. 38), judgment is entered in favor of Respondents and against Petitioner, and this action is DISMISSED.

Dated this 7th day of November, 2025.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk